UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:20-cv-01685-MSS-CPT

DOMINQUE S. BAPTISTE,

    Plaintiff,

v.

VAL PAK DIRECT MARKETING SYSTEMS,
INC., a California Foreign Corporation,

    Defendant.
_____/

## PARTIES' NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that the Mediation in this matter has been scheduled at the time and place noted below:

| | |
|---|---|
| Mediator: | Carlos Burruezo |
| | Burruezo & Burruezo, PLLC |
| Date: | Monday, November 9, 2020 at 9:30 a.m. |
| Location: | Via Videoconference |

Dated:  October 13, 2020.

                                Respectfully submitted,

| | |
|---|---|
| By:*/s/*April Goodwin | By:*/s/*Jeffrey M. Goodz |
| April Goodwin, Esquire | Jeffrey M. Goodz, Esquire |
| Florida Bar No. 0502537 | Florida Bar No. 953600 |
| THE GOODWIN FIRM | MCGUINNESS & CICERO |
| 801 W. Bay Drive, Suite 705 | 1000 Sawgrass Corporate Parkway, Suite 590 |
| Largo, FL 33770 | Sunrise, FL 33323 |
| Telephone:  (727) 316-5333 | Telephone: (954) 626-5034 |
| Primary Email:  april@goodwin-firm.com | |

Case No. 8:20-cv-01685-MSS-CPT

| | |
|---|---|
| Secondary Email:  sandra@goodwin-firm.com<br>Trial Counsel for Plaintiff<br><br>/s/ Bridgette M. Domingos<br>BRIDGETTE M. DOMINGOS, ESQ.<br>FLORIDA BAR NO: 102375<br>Domingos Law<br>801 West Bay Drive, Suite 705<br>Largo, FL 33770<br>Phone: (727) 755-8448<br>bridgette@domingoslaw.com<br>Trial Counsel for Plaintiff | Facsimile:  (954) 838-8842<br>Primary Email:  jeffrey.goodz@mc-atty.com<br>Secondary Email:  eservice@dmc-atty.com<br>                                   acali@mc-atty.com<br>Trial Counsel for Defendant |