UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:20-cv-01685-MSS-CPT

DOMINQUE S. BAPTISTE,

      Plaintiff,

v.

VAL PAK DIRECT MARKETING SYSTEMS, INC., A CALIFORNIA FOREIGN CORPORATION,

      Defendant.
_____/

## PARTIES' JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action in its entirety, with prejudice, as a result of settlement, each party to bear her/its own attorneys' fees and costs incurred in this case.

Dated:  November 19, 2020.

      Respectfully submitted,

| | |
|---|---|
| By:/s/Jeffrey M. Goodz | By:/s/April Goodwin |
| Jeffrey M. Goodz, Esquire | April Goodwin, Esquire |
| Florida Bar No. 953600 | Florida Bar No. 0502537 |
| MCGUINNESS & CICERO | THE GOODWIN FIRM |
| 1000 Sawgrass Corporate Parkway, Suite 590 | 801 W. Bay Drive, Suite 705 |
| Sunrise, FL 33323 | Largo, FL 33770 |
| Telephone: (954) 626-5034 | Telephone:  (727) 316-5333 |
| Facsimile:  (954) 838-8842 | Primary Email:  april@goodwin-firm.com |
| Primary Email:  jeffrey.goodz@mc- | Secondary Email:  sandra@goodwin-firm.com |

|  |  |
|---|---|
| atty.com<br>Secondary Email: eservice@dmc-atty.com<br>acali@mc-atty.com<br>Trial Counsel for Defendant | Case No. 8:20-cv-01685-MSS-CPT<br><br>Trial Counsel for Plaintiff<br><br>By:/s/ Bridgette M. Domingos<br>Bridgette M. Domingos, Esquire<br>Florida Bar No. 102375<br>DOMINGOS LAW<br>801 West Bay Drive, Suite 705<br>Largo, FL 33770<br>Telephone: (727) 755-8448<br>Primary Email:<br>bridgette@domingoslaw.com<br>Trial Counsel for Plaintiff |